**Eldon K. BUGG, Appellant,**

v.

**Tim S. RALSTON and Tim S. Ralston d/b/a Ralston Livestock, Respondents.**

**No. WD 54215.**

Missouri Court of Appeals, Western District.

April 7, 1998.

Eldon K. Bugg, Columbia, Appellant acting pro se.

Rodney J. Stevens, Columbia, for Respondents.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

**ORDER**

PER CURIAM.

Eldon K. Bugg appeals from the judgment of the circuit court sustaining the motion of the respondents, Tim S. Ralston and Tim S. Ralston d/b/a Ralston Livestock, to dismiss his petition for breach of contract for a lack of personal jurisdiction.

Affirmed. Rule 84.16.